INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

FILED MAR 09 2020 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA

Case No. 1:20-cv-0758 RLY-MJD
*(to be filled in by the Clerk's Office)*

**Raj K. Patel**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

President Donald J. Trump; Vice President Mike Pence; University of Notre Dame Law School; Emory University, Inc.; Brownsburg Community School Corp.; Claire Stark, PhD; Veronica Root Martinez, JD; F.B.I.; Barbara J. Fick, JD; Patricia ("Patty") O'Hara, JD; Kristin Pruitt, JD; Lloyd H. Mayer, JD; Ajay Nair, PhD; United States of America; Brownsburg Police Department; State of Indiana; Governor Eric Holcomb; Indianapolis Metropolitan Police Department; Kshitij Mistry; Kartik Patel; Manisha Patel; Neal Patel; Kusum Patel; Ramesh Patel; Pikul Patel; Shiven Patel; Chief of Staff Mick Mulvaney; National Security Council; Speaker Nancy Pelosi

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Tortious wrongful business interference (various); assault; [invasion of privacy; false light; 42 U.S.C. 198

Section 802 of the USA PATRIOT Act (Pub. L. No. 107-52); Antiterrorism Act of 1990; 18 USC Ch. 113B;

fiduciary duties; honest services fraud (18 USC § 1346); 1st, 4th, 5th, 14th Amendment (D.P.C.; E.P.C.; F

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual:
       The plaintiff, *(name)* Raj Kartik Patel, is a citizen of the State of *(name)* Indiana, OR is a citizen of *(foreign nation)* _____

    b. If the plaintiff is a corporation, partnership, or other entity:
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
       Or is incorporated under the laws of *(foreign nation)* _____,
       and has its principal place of business in *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation, partnership, or other entity:
      The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   - $3 billion various tortious intereference (including false light); severable; treble form
   - $100 million

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Raj Patel |
| Street Address | 501 North Capitol Avenue, Apt. 4126A |
| City and County | Indianapolis, Marion |
| State and Zip Code | Indiana, 46204 |
| Telephone Number | 3174506651 |
| E-mail Address | raj@rajpatel.live |

Case 1:20-cv-00758-RLY-MJD   Document 1   Filed 03/09/20   Page 4 of 6 PageID #: 4

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title *(if known)* | President of the United States |
| Street Address | 1600 Pennsylvania Avenue NW |
| City and County | Washington |
| State and Zip Code | D.C. 20500 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Michael R. Pence |
| Job or Title *(if known)* | Vice President of the United States |
| Street Address | 1 Observatory Circle, U.S. Naval Observatory |
| City and County | Washington |
| State and Zip Code | D.C. |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | University of Notre Dame Law School |
| Job or Title *(if known)* | |
| Street Address | 1329 Biolchini Hall of Law |
| City and County | Notre Dame |
| State and Zip Code | Indiana, 46556 |
| Telephone Number | 574-631-6626 |
| E-mail Address *(if known)* | |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have some thing in me which causes my penis, testicles, and scortum to reduce in size, including in length and width of my penis, including in its flaccid and erect state. The named parties and/or their likeness have information about what is going on. I constantly heard a ringing noise, and I have white, transulcent circular-shaped discuses in the shape of rings fly into me (assault). I also have some static on my bed, which comes and goes (assault). I have been a doctors, but they say that I am fine.

While I am not sure, they might be reducing my height too (assault).

I am not sure exactly what I am suppose to do. I might be a part of someone's "research project" from a rival school. A lot of my aforementioned claims are embedded or a part of assault.

Based on a conversion I had with Dr. Nair, in 2014, he seemed to imply he either knew what was going on and can cure me. The named professors seemed to indicate in open class that they know something about this.

I was President of the Student Government Association of Emory University, Inc. and President of the Student Council at Brownsburg Community School Corporation.

I am calling it assault through tech-psychology (including blue light) or a bio hack. I have seen the translucent white rings deliver from my television. My grandmother seems to be able to call her. She might be a "witch."

I do not know if this is an attempt to define my sexuality, but I have certainly been made to gain fat mass.

I heard a voice say that "I need to go ask for some E or Yi." Maybe it's foreign television or force.

I believe the Gaurntee Clause applies applies to chartered entities and their student governments and when state actors are not engaging in this harsshment, but private thrid parties. I didn't sign up for a "game."

If I need the electric chair to cure my problem, then I am happy to do so.

See generally (Patel v. Trump, et. al., 1:2020cv00454); (Patel v. Emory University, et. al, 1:2018cv03442) (Patel v. F.B.I., 1:2018cv03443) (Patel v. F.B.I., 1:18-cv-03442).

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- $900 Million to $3 billion lost oppurtunity,
- Earned damages, compensatory, and punitive, or
- Settlement
- Other

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/09/2020

Signature of Plaintiff  *[signature]*  Raj K. Patel