IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Raj Patel<br><br>v.<br><br>Donald J. Trump, et al. | Case No. 1:20-cv-00758-RLY-MJD |

**MOTION TO SEAL OR REDACT PARTS OF PLANTIFF'S COMPLAINT AND TO REDACT PARTS OF THE ORDER GRANTING *IFP* AND DISMISSING COMPLAINT**

I, Raj Patel, the undersigned plaintiff *pro se*, having read Local Rule 5-11 and Local Rule 7-1, respectfully move, in severable parts, this Court:

**PART 1**: To SEAL my COMPLAINT because of the personal and graphic nature of the complaint. Compl. at 5, *Patel v. Trump*, No. 1:20-cv-00758-RLY-MJD (S.D. Ind. 2020), Dkt. 1.

**PART 2**: To REDACT three (3) sentences of my COMPLAINT because of the personal and graphic nature of those sentences: "I have…", "The named…", and "I do not know if…,." Compl. at 5, *Patel v. Trump*, No. 1:20-cv-00758-RLY-MJD (S.D. Ind. 2020), Dkt. 1.

**PART 3**: To REDACT a sentence of my COMPLAINT because of the personal, medical, and graphic nature of that sentence: "If I need the electric chair…so." Compl. at 5, *Patel v. Trump*, No. 1:20-cv-00758-RLY-MJD (S.D. Ind. 2020), Dkt. 1.

**PART 4**: To REDACT the section "Order Dismissing Complaint" of the ORDER GRANTING *IFP* AND DISMISSING COMPLAINT because of the section's personal and graphic material. Order at 1-3, *Patel v. Trump*, No. 1:20-cv-00758-RLY-MJD (S.D. Ind. 2020), Dkt. 4.

**PART 5**: To REDACT a few consecutive words, all words from "alleging" until, but not including, the comma, in the section "Order Dismissing Complaint" of the ORDER GRANTING *IFP* AND DISMISSING COMPLAINT because of those words' personal and graphic nature. Order at 3, *Patel v. Trump*, No. 1:20-cv-00758-RLY-MJD (S.D. Ind. 2020), Dkt. 4 ("alleging…,").

**PART 6**: To REDACT a few consecutive words, all words from "alleging" until, but not including, the comma, in the section "Order Dismissing Complaint" of the ORDER GRANTING *IFP* AND DISMISSING COMPLAINT because of those words' personal and graphic nature and because when the aforementioned consecutive words are referenced with the Complaint, which too includes personal and graphic material, the content in the Order Granting *IFP* and Dismissing Complaint is even more personal and graphic than when read alone without a cross reference to the Complaint, vice versa. *Patel v. Trump*, No. 1:20-cv-00758-RLY-MJD (S.D. Ind. 2020), Dkt. 4 at 3 ("alleging…,") and Dkt. 1 at 5.

Respectfully submitted,

Raj Patel
1239 Spring Lake Drive
Brownsburg, IN 46112
rajp2010@gmail.com
317-450-6651
(*pro se*)

Dated: July 6, 2020