IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

Raj Patel

v.  Case No. 1:20-cv-00758-RLY-MJD

Donald J. Trump, et al.

**ORDER GRANTING MOTION TO SEAL OR REDACT PARTS OF PLANTIFF'S COMPLAINT AND TO REDACT PARTS OF THE ORDER GRANTING *IFP* AND DISMISSING COMPLAINT**

The Court having reviewed the Motion to Seal or Redact Parts of Plaintiff's Complaint and to Redact Parts of the Order Granting *IFP* and Dismissing Complaint, and it appearing that good cause exists for the granting of such Motion,

It is therefore ORDERED that Mr. Raj Patel's PART 1, PART 2, PART 3, PART 4, PART 5, and/or PART 6 of his Motion is/are hereby GRANTED.

The CLERK OF COURT is hereby ORDERED to SEAL and/or to REDACT the approved material in the aforementioned Motion(s).

ORDERED, this _____ day of _____, 20__.

_____
**RICHARD L. YOUNG**
**UNITED STATES DISTRICT JUDGE**