IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Raj Patel<br><br>v.<br><br>Donald J. Trump, et al. | Case No. 1:20-cv-00758-RLY-MJD |

**CERTIFICATE OF SERVICE**

  I, Raj Patel (plaintiff *pro se*), do hereby certify service of the "Motion to Seal or Redact Parts of Plaintiff's Complaint and to Redact Parts of the Order Granting *IFP* and Dismissing Complaint" and "Order Granting Motion to Seal or Redact Parts of Plaintiff's Complaint and to Redact Parts of the Order Granting *IFP* and Dismissing Complaint" on Tuesday, July 7, 2020 via e-mail, text message, or social media, as in parentheses below, to the following parties, and I certify that I notified all defendants and parties below with this document on Tuesday, July 7, 2020:

President Donald J. Trump (E-Contact Form)
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500
(202) 456-1111

President Donald J. Trump (E-mail)
c/o Joanna Hendon, J.D.
Alston & Bird LLP
90 Park Avenue
15th Floor
New York, NY 10016-1387
212-210-9400
joanna.hendon@alston.com

Vice President Mike Pence (U.S.P.S.)
1 Observatory Circle
U.S. Naval Observatory
Washington, D.C.

Vice President Mike Pence (E-Contact Form)
c/o The White House
1600 Pennsylvania Ave NW

Washington, DC 20500
(202) 456-1111

Notre Dame Law School (E-mail)
P.O. Box 780
Notre Dame, IN 46556
574-631-6627
ndlaw@nd.edu
president@nd.edu
mcorr1@nd.edu

Emory University, Inc. (E-mail)
c/o Steven Sencer, J.D.
201 Dowman Drive
Atlanta, GA 30322
(404)-727-6123
steve.sencer@emory.edu
president@emory.edu

Claire Sterk, Ph.D. (E-mail)
Emory University, Inc.
201 Dowman Drive
Atlanta, GA 30322
(404)-727-6123
president@emory.edu

Claire Sterk, Ph.D. (E-mail)
Emory University, Inc.
c/o Steven Sencer, J.D.
201 Dowman Drive
Atlanta, GA 30322
(404)-727-6123
steve.sencer@emory.edu
president@emory.edu

Brownsburg Cmty. School Corp. (E-mail)
c/o Eric Hylton, President
c/o Jim Snapp, Superintendent
310 Stadium Drive
Brownsburg, IN 46112
jsnapp@brownsburg.k12.in.us
ehylton@brownsburg.k12.in.us

Prof. Veronica Root Martinez, J.D. (E-mail)
The Notre Dame Law School
1118 Eck Hall of Law

Notre Dame, IN 46556
574-631-4766
vrootmartinez@nd.edu

F.B.I. (U.S.P.S.)
J. Edgar Hoover Building
935 Pennsylvania Avenue NW
Washington, D.C.

Prof. Barbara J. Fick, J.D. (e-mail)
The Notre Dame Law School
c/o Marcus Cole, Dean
2100 Eck Hall of Law
Notre Dame, IN 46556
574-631-6789
gcole2@nd.edu
ndlaw@nd.edu

Prof. Kristin Pruitt, J.D. (E-mail)
The Notre Dame Law School
1100 Eck Hall of Law
Notre Dame, IN 46556
Kristin.A.Pruitt.18@nd.edu

Prof. Lloyd Mayer, J.D. (E-mail)
The Notre Dame Law School
3155 Eck Hall of Law
574-631-8057
lmayer@nd.edu

Ajay Nair, Ph.D. (E-mail)
President of Arcadia University & Former Dean of Emory Campus Life
450 South Easton Road
Glenside, PA 19038
1-877-ARCADIA
president@arcadia.edu

Margie Callahan (E-mail)
General Counsel, Arcadia University
450 South Easton Road
Glenside, PA 19038
1-877-ARCADIA
callahanm@arcadia.edu

United States of America (U.S.P.S.)
c/o U.S. Department of Justice

Robert F. Kennedy Department of Justice Building
950 Pennsylvania Avenue NW
Washington, D.C.

Brownsburg Police Department (E-Mail)
c/o Chief of Police Joe Grimes
31 N Green Street
Brownsburg, IN 46112
317-852-1109
jgrimes@brownsburgpolice.org

State of Indiana (E-Contact Form)
c/o Attorney General
c/o Governor Eric Holcomb
Office of the Governor
Statehouse
Indianapolis, IN 46204-2797

State of Indiana (E-Contact Form)
c/o Office of the Indiana Attorney General
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204
Phone: (317) 232-6201

Governor Eric Holcomb (E-Contact Form)
Office of the Governor
Statehouse
Indianapolis, IN 46204-2797

Indianapolis Metro. Police Dept. (U.S.P.S.)
c/o Chief Randal Taylor
50 N. Alabama Street
Indianapolis, IN 46204

Kshitij ("Situ") Mistry (Facebook)
7722 Shasta Drive
Indianapolis, IN 46217

Kartik Patel (E-mail)
1239 Spring Lake Drive
Brownsburg, IN 46112
317-750-4258
kpatel644@sbcglobal.net

Manisha Patel (E-mail)
1239 Spring Lake Drive
Brownsburg, IN 46112
317-353-5240
manishakp@me.com

Neal Patel (E-mail)
1239 Spring Lake Drive
Brownsburg, IN 46112
317-353-5250
nealpatel95@gmail.com

Kusum Patel (Text Message)
1239 Spring Lake Drive
Brownsburg, IN 46112
317-794-6748

Ramesh Patel (WhatsApp)
7535 Merrick Drive
Brownsburg, IN 46112

Pikul Patel (Text Message)
7535 Merrick Drive
Brownsburg, IN 46112

Shiven Patel (Instagram)
7535 Merrick Drive
Brownsburg, IN 46112

Chief of Staff Mick Mulvaney (E-Contact Form)
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500
(202) 456-1111

Nat'l Sec. Council (E-Contact Form)
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500
(202) 456-1111

Speaker Nancy Pelosi (E-Contact Form)
U.S. House of Representatives
1236 Longworth H.O.B.
Washington, DC 20515
(202) 225-4965

Respectfully submitted,

Raj Patel
1239 Spring Lake Drive
Brownsburg, IN 46112
rajp2010@gmail.com
317-450-6651
(*pro se*)

Dated: July 7, 2020