UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RAJ K. PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00758-RLY-MJD |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO SEAL**

This matter comes before the Court on Plaintiff's Motion to Seal or Redact Parts of Plaintiff's Complaint and to Redact Parts of the Order Granting IFP and Dismissing Complaint, [Dkt. 6], and Plaintiff's Amended Motion to Redact Parts of Plaintiff's Complaint and to Redact Parts of the Order Granting IFP and Dismissing Complaint (Amended Dkt. 6), [Dkt. 7].

"Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strongly prefer secrecy." *In re Specht*, 622 F.3d 697, 701 (7th Cir. 2010). Thus, a party may only file a document under seal if it has "good cause." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). A party has "good cause" if the document meets "the definition of trade secrets or other categories of bona fide long-term confidentiality." *Baxter Int'l, Inc. v. Abbott Labs*, 297 F.3d 544, 545 (7th Cir. 2002).

The Court found the claims in Plaintiff's Complaint to be frivolous. [Dkt. 4 at 3.] In light of that finding, Plaintiff's motion fails to articulate any good cause sufficient to justify the motion

to seal. In addition, the Court notes that Plaintiff did not seek to seal the information in the Complaint when it was filed in March, 2020; rather, Plaintiff did not file the motions to seal until nearly three months after the Complaint was dismissed. Accordingly, Plaintiff's motions [Dkts. 6 & 7] are **DENIED**.

      SO ORDERED.

Dated: 22 JUL 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

RAJ K. PATEL
501 North Capitol Avenue
Apt. 4126A
Indianapolis, IN 46204