# RAJ K. PATEL

1239 Spring Lake Drive, Brownsburg, IN 46112 | (m) 317-450-6651 | rajp2010@gmail.com
www.linkedin.com/in/rpatel1992

FILED
05/29/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

May 29, 2021

The Honorables
46 East Ohio Street
Indianapolis, IN 46204
No.: 1:18-cv-03441-RLY-DML

The Honorables
46 East Ohio Street
Indianapolis, IN 46204
No.: 1:18-cv-03442-WTL-DML

The Honorables
46 East Ohio Street
Indianapolis, IN 46204
No.: 1:18-cv-03443-TWP-MJD

The Honorables
46 East Ohio Street
Indianapolis, IN 46204
No.: 1:20-cv-00454-SEB-DML

The Honorables
46 East Ohio Street
Indianapolis, IN 46204
No.: 1:20-cv-00758-RLY-MJD

RE: *Patel v. Trump Corp. et al.*, No. 20-1513 (U.S.) and *Patel v. Biden et al.,* No. 21-cv-1076-TSC (D.D.C.)

Your Honors:

On May 25, 2021, the United States Supreme Court docket for *Doe v. The Trump Corp et al.*, No. 1:18-cv-09936-LGS (S.D.N.Y. 20__), *appeal denied* No. 20-1706 (2d Cir. 2020), *pending certiorari*, *Patel v. The Trump Corp. et al.*, No. 20-1513 (U.S. 202_) showed an update that it is "DISTRIBUTED for Conference of 6/10/2021." And, the "Waiver of right of respondent Trump Corporation, et al. to respond [was] filed," earlier, on May 14, 2021.

On April 14, 2021, *Patel v. Biden, Trump, et al.*, No. 1:21-cv-1076-TSC (D.D.C. 202_) was also filed.

Each of these cases were cited in each of the filings. I look forward to further proceedings.

Sincerely,

/s/ Raj Patel, J.D. Candidate, Notre Dame L. Sch. '21 or '22
• President/Student Body President, Student Gov't Ass'n of Emory U., Inc. 13-14
• Student Body President, Brownsburg Cmty. Sch. Corp./President, Brownsburg High Sch. Student Gov't 09-10
• Rep. from the Notre Dame L. Sch. Student B. Ass'n to the Ind. St. B. Ass'n 17 (he/they/their)

*Pro se*